USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2021

5/18/21

Case Adj to July 7, 2021 at 10:00 AM — time Excluded through July 7, in the interest of justice to facilitate plea negotiations. If the parties reach a disposition prior to that date, take the plea before the magistrate.

**BY ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Fox*, **21 Cr. 182 (CM)**

Dear Judge McMahon:

The Government respectfully submits this joint letter regarding the status conference currently scheduled for May 25, 2021, at 2:00 p.m. The Government and defense counsel have conferred and respectfully request that the conference be adjourned for a period of 30 days, to allow the parties to continue their discussions regarding a potential pretrial disposition of this matter. For the same reason, the Government, with the defendant's consent, respectfully requests that time be excluded in the interim. This is the parties' first request for an adjournment of this status conference, and it does not affect any other scheduled dates.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

*[signed] Colleen McMahon*

cc: Mark B. Gombiner, Esq. (by ECF)