

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2021

MEMO ENDORSED
11/29/2

**BY ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Fox*, 21 Cr. 182 (CM)

Case Adjourned to Jan. 6, 2022 at 3pm — time excluded through Jan 6, in the interest of justice, to facilitate plea discussions.

/s/ Colleen McMahon

Dear Judge McMahon:

The Government respectfully submits this joint letter regarding the status conference currently scheduled for December 2, 2021, at 11:45 a.m. The Government and defense counsel have conferred and respectfully request that the conference be adjourned to January 6, 2022, at 3:00 p.m., to allow the parties to continue their discussions regarding a potential pretrial disposition of this matter. For the same reason, the Government, with the defendant's consent, respectfully requests that time be excluded in the interim. This request does not affect any other scheduled dates.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Sarah L. Kushner
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/21

cc:   Mark B. Gombiner, Esq. (by ECF and Email)